UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.          Case No. 1:09-mc-55-SM

<u>Edward T. Johansen</u>

### O R D E R

  I herewith approve the [4] Report and Recommendation of Magistrate Judge Muirhead dated November 30, 2009, no objection having been filed.

  It is ordered that the taxpayer, Edward T. Johansen, obey the summonses and appear on February 3, 2010 at 9:00 a.m. at 410 Amherst Street, Suite 350, Nashua, New Hampshire, before Diane Saylor, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of July 10, 2009.

  It is further ordered that the government be awarded its costs.

  SO ORDERED.


December 18, 2009        /s/ Steven J. McAuliffe
                Steven J. McAuliffe
                Chief Judge


cc: T. David Plourde, AUSA
   Edward T. Johansen